**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CHARLES STEVEN CLARK,**                              **PLAINTIFF,**

**VS.**                                         **CIVIL ACTION NO. 1:06CV254-P-D**

**CITY OF VERONA,**                                        **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's Amended Motion for Transfer of Trial Location [21-1]. After due consideration of the motion the court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Amended Motion for Transfer of Trial Location [21-1] is **GRANTED**; therefore,

(2) Trial is **CONTINUED** in this matter until April 7, 2008 at 9:00 a.m. in the U.S. Courthouse in Oxford, Mississippi.

**SO ORDERED** this the 2nd day of April, A.D., 2007.

                                                /s/ W. Allen Pepper, Jr.
                                                W. ALLEN PEPPER, JR.
                                                UNITED STATES DISTRICT JUDGE