# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CHARLES STEVEN CLARK**                                                                          **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO.: 1:06CV254**

**CITY OF VERONA, MISSISSIPPI, ET AL.**                         **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on an Agreed Order of Dismissal with Prejudice presented by the parties and the Court being advised that the settlement is complete finds that this cause should be dismissed with prejudice.

IT IS SO ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear their own costs and attorney's fees.

SO ORDERED this the 11th day of December, 2007.

                                                                /s/ Sharion Aycock
                                             **UNITED STATES DISTRICT JUDGE**

AGREED:

/s/Michael Cooke
Michael D. Cooke, Esquire
*Attorney for Plaintiff*

/s/ Mark Halbert
Mark Halbert, Esquire
*Attorney for Defendant*